UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGARET M. SHIMON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-1392** |
| **SEWERAGE & WATER BOARD OF NEW ORLEANS, ET AL.** | **SECTION: "B"(3)** |

*This document relates to:*

| | |
|---|---|
| 05-5948 Baptiste, et al. | 05-6658 Sierra, et al. |
| 05-5962 Gulledge, et al. | 05-5953 Dogans, et al. |
| 05-5964 Peychaud, et al. | 05-4015 Kussman, et al. |
| 06-1763 Broussard, et al. | 05-5943 Skinner, et al. |
| 05-5938 Guste, et al. | 06-1784 Dorsey, et al. |
| 06-1785 Ray, et al. | 05-3730 Lacoste, et al. |
| 05-5961 Brite, et al. | 05-5945 Snyder, et al. |
| 05-5935 Hallock, et al. | 06-1783 Ezkovich, et al. |
| 06-5949 Raymond, et al. | 05-5955 Livas, et al. |
| 05-5960 Butler, et al. | 05-5946 Swain, et al. |
| 05-5958 Harvey, et al. | 05-6661 Flom, et al. |
| 05-5941 Rogers, et al. | 05-5965 LP&P, Inc., et al. |
| 05-5959 Canard Properties | 05-5963 Tatum, et al. |
| 05-5957 Hitchens, et al. | 04-1374 Fureigh, et al. |
| 05-5942 Rohlman, et al. | 05-5954 Luscy, et al. |
| 05-5947 Crump, et al. | 05-5940 Taylor, et al. |
| 05-5956 Johnson, et al. | 05-5936 Gour, et al. |
| 05-5939 Scott et al. | 05-6659 Mackie, et al. |
| 05-5934 Demesme, et al. | 05-5950 Williams, et al. |
| 05-6662 Kelly, et al. | 05-5937 Guillory, et al. |
| 06-1782 Slack, et al. | 06-1786 Miller, et al. |
| 05-5952 DePorres Property | 05-5951 Williams, et al. |
| 05-5933 Kurtz, et al. | |

## ORDER

On July 24, 2006, the Court granted Motions for Summary Judgment against the New Orleans Sewerage and Water Board ("SWB") filed by Third Party Defendants James Construction Group, LLC (Rec. Doc. No. 449); Schrenk & Peterson Consulting Engineers,

Inc. and Security Insurance Company of Hartford (Rec. Doc. No. 451); Brown Cunningham & Gannuch, Inc. (Rec. Doc. No. 438); Fidelity and Guaranty Insurance Company ("F&G") (Rec. Doc. No. 440); and Continental Casualty Company, Inc. (Rec. Doc. No. 439) on the basis of *res judicata*. This Court found the state court's prior ruling maintained a preclusive effect over the four flighted cases, Shimon, Sheen, Blalock, and Smith.

The same third-party defendants are before the Court seeking summary judgment on the basis of *res judicata* for the remaining SELA Project actions before this Court. (Rec. Doc. No. 638). The third-party defendants, as well as the SWB, point to the memoranda of law and statement of facts filed in the prior motions for summary judgement. SWB further contends these motions are premature due to ongoing discovery.[1]

The Court agrees. During the oral argument for the prior motions for summary judgment, the Court specified that *res judicata* would not apply for the other cases due to the stage of the remaining actions. For *res judicata* to apply, third party defendants must demonstrate the similarity between the state court plaintiffs and the plaintiffs' properties and cause of damage in the actions before this Court.

---

[1] The Court denied the SWB's motion to continue these motions until further discovery was developed under Rule 56(f).

2

Accordingly, **IT IS ORDERED** that the motions for summary judgment are hereby **DENIED** without prejudice.

New Orleans, Louisiana, this 30th day of August, 2006.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE