```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

**MARGARET M. SHIMON, ET AL.**          CIVIL ACTION

**VERSUS**                              NO: 05-1392

**SEWERAGE & WATER BOARD OF**           SECTION: "B"(3)
**NEW ORLEANS, ET AL.**

*This document relates to:*

06-1849; 06-1846; 06-2460;
06-0551; 06-1761; 06-2947;
06-2990; 06-0638; 06-1848;
06-1847; 05-3326

<u>ORDER</u>

On July 24, 2006, the Court granted Motions for Summary Judgment against the New Orleans Sewerage and Water Board ("<u>SWB</u>") filed by Third Party Defendants James Construction Group, LLC (Rec. Doc. No. 449); Schrenk & Peterson Consulting Engineers, Inc. and Security Insurance Company of Hartford (Rec. Doc. No. 451); Brown Cunningham & Gannuch, Inc. (Rec. Doc. No. 438); Fidelity and Guaranty Insurance Company ("<u>F&G</u>") (Rec. Doc. No. 440); and Continental Casualty Company, Inc. (Rec. Doc. No. 439) on the basis of *res judicata*. This Court found the state court's prior ruling maintained a preclusive effect over the four flighted cases, <u>Shimon</u>, <u>Sheen</u>, <u>Blalock</u>, and <u>Smith</u>. The Court subsequently denied a joint motion for summary judgment on the basis of *res judicata* filed on behalf of the same third-party

defendants for many of the remaining SELA Project cases before this Court. (Rec. Doc. No. 724).

The instant motion for summary judgment (Rec. Doc. No. 686), pending at the time of the Court's August 30, 2006 decision, seeks the same relief as the prior joint motion for summary judgment. For the reasons stated in the Court's August 30, 2006 order, **IT IS ORDERED** that the third-party defendants motion for summary judgment (Rec. Doc. No. 686) is hereby **DENIED** without prejudice, consistent with the Court's prior Order.

New Orleans, Louisiana, this 15th day of September, 2006.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE