UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARGARET M. SHIMON, ET AL.                CIVIL ACTION

VERSUS                                     NO: 05-1392

                                           SECTION: "B"(3)

SEWERAGE & WATER BOARD OF
NEW ORLEANS, ET AL.

*This document relates to:*
*ALL CASES*

## ORDER

The Sewerage and Water Board of New Orleans' motion to set aside the ruling of magistrate (Rec. Doc. No. 748) is hereby **DENIED**. The timing of depositions at issue after expert reporting deadline is neither an abuse of discretion nor a clearly erroneous legal interpretation by the magistrate judge. Moreover, movant fails to show prejudice.

**New Orleans, Louisiana, this 12th day of September, 2006.**

                                              _____
                                              **IVAN L.R. LEMELLE**
                                              **UNITED STATES DISTRICT JUDGE**

1