UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARGARET M. SHIMON, wife of/and**          *          CIVIL ACTION
**PATRICK SHIMON, ET AL.**

**VERSUS**                                   *          NO. 05-1392

**SEWERAGE & WATER BOARD OF**                *          SECTION "B"(3)
**NEW ORLEANS, ET AL.**

### ORDER

Considering Plaintiffs' Unopposed Motion to Withdraw Previously Filed Motion to Dismiss (Rec. Doc. No. 1364),

**IT IS ORDERED** that the Motion is **GRANTED** and the Previously Filed Motion to Dismiss (Rec. Doc. No. 1360) is withdrawn.

New Orleans, Louisiana, this 21st day of July, 2008.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

1