```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

**MARGARET M. SHIMON, wife of/and**         *       CIVIL ACTION
**PATRICK SHIMON, ET AL.**

**VERSUS**                                   *       NO. 05-1392

**SEWERAGE & WATER BOARD OF**                *       SECTION "B"(3)
**NEW ORLEANS, ET AL.**

### ORDER

Considering the Joint Motion to Dismiss Filed Pursuant to FRCP 41(A)(2) (Rec Doc. No. 1365),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and all claims of Plaintiffs (listed in Appendix A) against Defendants, Sewerage & Water Board of New Orleans, First Specialty Insurance Corporation, Fidelity Excess And Surplus Insurance Company, American Empire Surplus Lines Insurance Company and United National Insurance Company, be and are hereby dismissed with prejudice with each party to bear their own costs of these proceedings, with the Sewerage & Water Board of New Orleans reserving all rights to proceed with all rights assigned it and all third-party demands previously filed on its behalf.

New Orleans, Louisiana, this <u>21st</u> day of <u>July</u>, 2008.

```
                              IVAN L.R.LEMELLE
                         UNITED STATES DISTRICT JUDGE
```

1